FILED US District Court-UT
FEB 16 '22 PM01:04

ANDREA T. MARTINEZ, United States Attorney (#9313)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | Count I: 18 U.S.C. § 922(a)(6), False Statements During Attempted Acquisition of a Firearm. |
| vs. | |
| JESUS ANTONIO FLORES-VALENZUELA, | Case: 2:22-cr-00056<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 2/16/2022 |
| Defendant. | |

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 922(a)(6)
(False Statements During Attempted Acquisition of a Firearm)

On or about January 15, 2022, in the District of Utah,

JESUS ANTONIO FLORES-VALENZUELA,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Radical Arms RF-15 5.56 rifle, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious written statements intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered

"no" on ATF form 4473 asking (1) whether he had ever been convicted in any court of a misdemeanor crime of domestic violence, and (2) whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, and, as he then knew, his answers were untrue; all in violation of 18 U.S.C. § 922(a)(6), and punishable pursuant to 18 U.S.C. § 924(a)(2).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney